Circuit Court of Appeals for the First Circuit denied. *Mr. William Shaw McCallum* for petitioner. No brief for the United States.

No. 680. LOUISA B. SCHNEIDER ET AL. *v.* CITY OF NEW YORK ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Charles P. Brown* and *Mr. Merle I. St. John* for petitioners. *Mr. William P. Burr* for respondents.

No. 702. DORA FINLEY *v.* MARY E. HALLIBURTON. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elmer L. Fulton* for petitioner. *Mr. J. H. Everest* for respondents.

No. 705. DULUTH STEAMSHIP COMPANY *v.* NORTHERN PACIFIC RAILWAY COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry* and *Mr. Chauncey C. Colton* for petitioner. No appearance for respondent.

No. 457. ZANESVILLE & WESTERN RAILWAY COMPANY *v.* CHARLES E. WILLIAMS, ADMINISTRATOR, ETC. See *ante,* 533.

No. 523. WESTERN UNION TELEGRAPH COMPANY *v.* ATLANTA & WEST POINT RAILROAD COMPANY. Appeal